UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANAIRA OTERO,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    No. 5:20-cv-02409 |
| JIAN WANG,<br>    Defendant. | :<br>:<br>: |

# O R D E R

**AND NOW**, this 9th day of April, 2021, upon consideration of Plaintiff's Request for Default Judgment, ECF No. 13, and for the reasons set forth in the Court's Opinion issued this date, **IT IS ORDERED THAT:**

1. The request, ECF No. 13, is **DENIED without prejudice**.

2. Plaintiff is permitted to file a new motion for default judgment **within ten (10) days of the date of this Order**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge